UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROBERT MILLER,<br>Debtor. | Case No. 18-cv-01956-VC<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 3 |

In light of the Certification and Recommendation to Dismiss Appeal transmitted by the Bankruptcy Judge, appellant Robert Miller is ordered to show cause why his appeal should not be dismissed for failure to prosecute. Miller is ordered to respond within 14 days of this order in a letter brief of no more than five pages. Appellees may file a reply of no more than five pages within 14 days of Miller's response.

**IT IS SO ORDERED.**

Dated: May 14, 2018

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROBERT MILLER,<br><br>        Plaintiff,<br><br>   v.<br><br>,<br><br>        Defendant. | Case No. 18-cv-01956-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Linda S. Green
P.O.Box 5350
Santa Rosa, CA 95402

Dated: May 14, 2018

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Kristen Melen, Deputy Clerk to the
                                              Honorable VINCE CHHABRIA