UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROBERT MILLER,<br>Debtor. | Case No. 18-cv-01956-VC<br><br>**ORDER DISMISSING CASE**<br>Re: Dkt. No. 3, 4 |

Because Robert Miller has not responded to the Court's Order to Show cause or otherwise indicated that he intends to prosecute this appeal, this case is dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: July 18, 2018

_____
VINCE CHHABRIA
United States District Judge